# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

-VS-

CHERYL HARDY,
   Defendant

           Court Number: 91-76338
           Honorable: Patrick J. Duggan
           Claim Number: 1998A16089

_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

     s/Patrick J. Duggan
     Patrick J. Duggan
     United States District Judge

Dated: Friday, November 06, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 6, 2009, by electronic and/or ordinary mail.

     s/Marilyn Orem
     Case Manager